**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JEFF and ERIN BORN,
WATSON-WATSON, LLC, and
SOUTHERN SPORTING ARMS, LLC**                                              **PLAINTIFFS**

**v.**                        **Case No. 4:13-cv-00213 KGB**

**EXXONMOBIL PIPELINE COMPANY,
MOBIL PIPE LINE COMPANY, and
EXXONMOBIL CORPORATION**                                              **DEFENDANTS**

<u>**ORDER**</u>

Separate plaintiffs Jeff and Erin Born and defendants have filed a joint motion for dismissal with prejudice (Dkt. No. 28).  The parties state that the amended complaint of separate plaintiffs Jeff and Erin Born against defendants should be dismissed with prejudice, with each party to bear their own costs and fees.  Therefore, the Court finds that the claims of Jeff and Erin Born are dismissed with prejudice.  This Order does not apply to separate plaintiffs Watson-Watson, LLC and Southern Sporting Arms, LLC, both of whom remain as plaintiffs in this action.

It is therefore ordered that the all claims of separate plaintiffs Jeff and Erin Born in this action against defendants are hereby dismissed with prejudice.

SO ORDERED this 15th day of November 2013.

_____
Kristine G. Baker
United States District Judge