**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WATSON-WATSON, LLC, et al.**                                                                 **PLAINTIFFS**

**v.**                           **Case No. 4:13-cv-00213-KGB**

**EXXONMOBIL PIPELINE**
**COMPANY, et al.**                                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal without prejudice (Dkt. No. 35). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court dismisses without prejudice this action. Each party will bear its own costs, fees, and expenses incurred in the litigation.

SO ORDERED this 9th day of December, 2014.

_____
Kristine G. Baker
United States District Judge